IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM EMORY REFFETT,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD G. HENERY, Key Principal of Sheriff's Department, a Department of County of Knox; DONNA F TAYLOR, Judge, member of Nebraska State Bar Association; HANNA L JENSEN, Prosecutor, member of Nebraska State Bar Association; and STATE OF NEBRASKA,<br><br>Defendants. | 8:23CV176<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Amend. (Filing No. 6.) Having considered the matter,

**IT IS ORDERED:**

1. Plaintiff's Motion to Amend (Filing No. 6) is granted.
2. The Clerk of Court shall docket the document found at Filing 6-1 as the Amended Complaint in this case.
3. The Clerk of Court shall mail a copy of this Order to Plaintiff at his address of record.

Dated this 12th day of June, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge